UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| VINCENT PUGH, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>SAFE HOME SECURITY, INC )<br>        Defendant. ) | **JUDGMENT**<br>No. 5:17-CV-492-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 12, 2018, and for the reasons set forth more specifically therein, that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 12, 2018, and Copies To:**
Vincent Pugh (via U.S. Mail) 4828 Forest High Land Dr, Raleigh, NC 27604.

January 12, 2018　　　　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk